# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:17-mj-00656-PAL |
| TREVIN JONES ) | |
| ) | Charging District: Eastern District of Kentucky |
| *Defendant* ) | Charging District's Case No. |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Eastern District of Kentucky<br>35 West 5th Street<br>Covington, Kentucky | Courtroom No.: |
|---|---|---|
| | before U.S. Magistrate Judge Candace J. Smith | Date and Time: 06/27/2017 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __Jun 19, 2017__

*Judge's signature*

__CAM FERENBACH, U.S. MAGISTRATE JUDGE__
*Printed name and title*

```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
        COUNSEL/PARTIES OF RECORD

        JUN 1 9 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```